UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**DAEBO INTERNATIONAL SHIPPING CO. LTD.,**<br><br>Debtor in a Foreign Proceeding | Chapter 15<br><br>Case No. 15-10616 (MEW) |

## NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

SPV 1 LLC ("SPV"), a claimant in respect of non-debtor Shinhan Capital Co., hereby appeals under 28 U.S.C. 158(a) and Fed. R. Bankr. P. 8001 and 8002 from the opinion and order granting the motion of Daebo International Shipping Co., Ltd. (the "Foreign Debtor"), to vacate the maritime attachments in respect of the M/V DAEBO TRADER in Louisiana [D.E.s 75 & 76] (the "Vacatur Order").  A copy of the Vacatur Order is attached hereto as Exhibit A.

The parties to the Vacatur Order appealed from and the names, addresses and telephone numbers of their respective attorneys are:

A. Chang Jung Kim,
Foreign Representative of
Daebo Shipping Co. Ltd.,

Represented by Michael B. Schaedle
Blank Rome LLP
One Logan Square
130 North 18th Street, Philadelphia, PA 19103
215-569-5762

B. American Marine Services Inc.

Represented by Brandon K. Thibodeaux
Frilot LLC
1100 Poydras Street Suite 3700
New Orleans, LA 70163
5045998253

C.  Richardson Stevedoring & Logistics Inc.

Represented by Warren E. Gluck
Holland & Knight LLP
31 W52nd Street
New York NY, 10019


Dated:  January 6, 2016

                                      HOLLAND & KNIGHT LLP
                                      */S Warren E. Gluck*
                                      Warren E. Gluck
                                      31 West 52nd Street
                                      New York, NY 10019

                                      *Counsel for SPV 1, LLC,*